1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN PAUL FRANK SCHOWACHERT.,          No.  2:22-CV-0461-DMC-P

12                  Plaintiff,

13         v.                               ORDER

14   SEABERT, et al.,

15                  Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19   See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28

20   U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21          The sufficiency of Plaintiff's complaint and service thereof will be addressed

22   separately.

23          IT IS SO ORDERED.

24

25   Dated:  April 20, 2022

26                                          _____

                                            DENNIS M. COTA
27                                          UNITED STATES MAGISTRATE JUDGE

28

                                              1